No. 87–1716. GRANFINANCIERA, S. A., ET AL. *v.* NORDBERG, CREDITOR TRUSTEE FOR THE ESTATE OF CHASE & SANBORN CORP., FKA, GENERAL COFFEE CORP. C. A. 11th Cir. Certiorari granted.

No. 87–7028. MISTRETTA *v.* UNITED STATES; and

No. 87–1904. UNITED STATES *v.* MISTRETTA. C. A. 8th Cir. Motions of John Mistretta for leave to proceed *in forma pauperis* granted. Certiorari before judgment granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–318. PRATT & WHITNEY AIRCRAFT DIVISION, UNITED TECHNOLOGIES CORP. *v.* BALDRACCHI. C. A. 2d Cir. Certiorari denied.

No. 87–924. HENRY J. KAISER CO. ET AL. *v.* PAIGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–1122. CROWLEY MARITIME CORP. ET AL. *v.* ZIPFEL ET AL.;

No. 87–1391. HALLIBURTON CO. ET AL. *v.* ZIPFEL ET AL.; and

No. 87–1698. ZIPFEL ET AL. *v.* CROWLEY MARITIME CORP. ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 832 F. 2d 1477.

No. 87–1364. MILIAN-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–1386. DAYTON ET AL. *v.* CZECHOSLOVAK SOCIALIST REPUBLIC ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–1434. SCRAPE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–1494. MARTINEZ-FABELA ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–1521. MAHONEY, EXECUTOR OF THE ESTATE OF COX *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.